IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DE'ANDRE L. KIDD,**<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>**E. RUMAN, et al.,**<br><br>　　　　　　　　　　　Defendants. | Case No. 1:23-cv-01500-SAB (PC)<br><br>**ORDER GRANTING DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF RE: REQUEST TO CONTINUE SETTLEMENT CONFERENCE** |

On June 24, 2024, Defendants E. Roman and C. Rodriguez moved to continue the July 3, 2024 settlement conference to August 15, 2024, at 9:30 a.m., or August 20, 2024, at 1:00 p.m. Good cause appearing, the July 3, 2024 settlement conference in this case is continued to **August 15, 2024, at 9:30 a.m. via Zoom Videoconference before Magistrate Judge Barbara A. McAuliffe**.

IT IS SO ORDERED.

Dated:　**June 24, 2024**　　　　　　　　　　　/s/ *Barbara A. McAuliffe*
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE