UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DE'ANDRE L. KIDD,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>E. RUMAN, et al.<br><br>　　　　　Defendants. | No. 1:23-cv-01500-SAB (PC)<br><br>ORDER VACATING WRIT OF HABEAS CORPUS AD TESTIFICANDUM<br><br>(ECF No. 21) |

Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.

On April 29, 2024, the Court set this case for settlement conference on July 3, 2024. (ECF No. 20.)

On June 24, 2024, Defendants filed a request to continue the settlement conference, which was granted on June 25, 2024, and the settlement conference is continued to August 15, 2024, at 9:30 a.m. via Zoom Videoconference before Magistrate Judge Barbara A. McAuliffe. (ECF No. 24.) Accordingly, the writ of habeas corpus ad testificandum issued on June 3, 2024, is HEREBY VACATED, and will be re-issued by separate order in due course.

IT IS SO ORDERED.

Dated: **June 25, 2024**　　　　　　　　　/s/ *Barbara A. McAuliffe*
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1