
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEANDRE L. KIDD,<br>                Plaintiff,<br><br>v.<br><br>E. RUMAN, et al.,<br><br>                Defendants. | Case No. 1:23-cv-01500-SAB (PC)<br><br>ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO PRODUCE **INMATE DEANDRE KIDD**, CDCR # AP-3860 **VIA VIDEO CONFERENCE**<br><br>DATE: August 15, 2024<br>TIME:  9:30 a.m. |

      **Inmate Deandre L. Kidd, CDCR # AP-3860**, a necessary and material witness on his behalf in a settlement conference on **August 15, 2024**, at 9:30 a.m., is confined at the Kern Valley State Prison, in the custody of the Warden.  In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate **to appear by video conference (via Zoom) before Magistrate Judge Barbara A. McAuliffe on August 15, 2024 at 9:30 a.m.**

      **ACCORDINGLY, IT IS ORDERED that:**

      1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above **to appear by video conference (via Zoom)** before the United States District Court at the time and place above, until completion of the proceedings or as ordered by the court;

      2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

      **WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

      **To: The Warden of Kern Valley State Prison:**

      **WE COMMAND** you to produce the inmate named above **to appear via video conference** at the time and place above, until completion of the proceedings, or as ordered by the court.

      **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated:   **July 15, 2024**

UNITED STATES MAGISTRATE JUDGE

