UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEANDRE L. KIDD,<br><br>         Plaintiff,<br><br>   v.<br><br>E. RUMAN, et al.<br><br>         Defendants. | No. 1:23-cv-01500-SAB (PC)<br><br>ORDER DISCHARGING WRIT OF HABEAS CORPUS AD TESTIFICANDUM AS TO INMATE DEANDRE L. KIDD, CDCR NO. AP-3860<br><br>(ECF No. 28) |

A settlement conference in this matter commenced on August 15, 2024. Inmate Deandre L. Kidd, CDCR No. AP-3860 is no longer needed by the Court as a participant in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated:   **August 15, 2024**                    /s/ *Barbara A. McAuliffe*
                                                 UNITED STATES MAGISTRATE JUDGE

1