UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DE'ANDRE L. KIDD,<br><br>            Plaintiff,<br><br>    v.<br><br>E. ROMAN, et al.<br><br>            Defendants. | No. 1:23-cv-01500-KES-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. 38) |

Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983. This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 25, 2025, defendants Roman[1] and Rodriguez moved for summary judgment on plaintiff's claims. Doc. 34. On September 11, 2025, the assigned magistrate judge issued findings and recommendations to grant defendants' motion for summary judgment, finding no genuine dispute of material fact as to whether excessive force was used on plaintiff. *Id*. The findings and recommendations also recommended that the Doe defendant be dismissed. *Id.* at 14-16. The findings and recommendations were served on the parties and contained notice that objections were to be filed within thirty days of service. *Id*. at 16. No objections have been filed

---

[1] Erroneously identified in the complaint as E. Ruman.

1

1  and the time to do so has passed.

2  In accordance with 28 U.S.C. § 636(b)(1), this Court has conducted a de novo review of this case. After carefully reviewing the file, the Court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly:

1. The findings and recommendations issued on September 11, 2025, Doc. 38, are adopted in full;
2. Defendants' motion for summary judgment, Doc. 34, is granted;
3. Defendant John/Jane Doe is dismissed, without prejudice, pursuant to Federal Rule of Civil Procedure 4(m); and
4. The Clerk of the Court is directed to enter judgment for defendants Roman and Rodriguez and to close this case.

IT IS SO ORDERED.

Dated:   November 9, 2025

UNITED STATES DISTRICT JUDGE